

United States District Court
Eastern District of California

| Spencer Mbuthye | Case Number: 2:24-cv-00411-DJC-JDP |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Alejandro Mayorkas, et. al., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sadaf F. Ahmed hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Spencer Mbuthye

On 05/18/2023 (date), I was admitted to practice and presently in good standing in the Federal District Court for District of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/02/2024                Signature of Applicant: /s/ Sadaf F. Ahmed

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sadaf F. Ahmed |
| Law Firm Name: | Jeelani Law Firm, PLC |
| Address: | 3501 W. Algonquin Road, Ste. 200 |
| City: | Rolling Meadows    State: IL    Zip: 60008 |
| Phone Number w/Area Code: | (312) 767-9030 |
| City and State of Residence: | Lombard, IL |
| Primary E-mail Address: | sadaf@jeelani-law.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arthur Minas |
| Law Firm Name: | Minas Law PC |
| Address: | 3620 Pacific Coast Hwy, Ste 100, |
| City: | Torrance    State: CA    Zip: 90505-6018 |
| Phone Number w/Area Code: | (310) 955-1360    Bar # 290517 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 6, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE