PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER MBUTHYE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:24-CV-00411 DJC-JDP<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

　　　The Defendants respectfully request to hold this case in temporary abeyance through December 4, 2024, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017.  USCIS has scheduled Plaintiff's asylum interview for August 6, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days following the successful completion of the interview.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through December 4, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: April 11, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ARTHUR MINAS
ARTHUR MINAS
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: April 11, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE